JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

The Honorable:                          MANUEL BARBOSA
Chapter   7
Location:       Rm 140, Kane Cty Cths, 100 S 3rd St. Geneva IL
Hearing Date: _____ / /
Hearing Time: _____
Response Date: _____ / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BRODKORB, WILLIAM F                     §     Case No. 08-27199
                                               §
                                               §
Debtor(s)                                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00 am on July 01, 2010   in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  05/20/2010           By:  JOSEPH R. VOILAND
                                                      Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

The Honorable:                          MANUEL BARBOSA
Chapter   7
Location:     Rm 140, Kane Cty Cths, 100 S 3rd St. Geneva IL
Hearing Date: _____ / /
Hearing Time: _____
Response Date: _____ / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BRODKORB, WILLIAM F                §   Case No. 08-27199
                                          §
                                          §
Debtor(s)                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $       133,260.93

*and approved disbursements of*               $       105,810.72

*leaving a balance on hand of*  [1]           $       27,450.21

Claims of secured creditors will be paid as follows:

*Claimant*                                      *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee
may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 6,581.67 | $ 716.95 |
| *Attorney for trustee* | JOSEPH R. VOILAND | $ 4,867.50 | $ 141.32 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 152,222.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Bank of America | $ 22,646.07 | $ 2,215.59 |
| 2 | Bank of America | $ 17,712.87 | $ 1,732.95 |
| 3 | Arnstein And Zeller | $ 43,641.43 | $ 4,269.68 |
| 4 | Wells Fargo Bank, N.A. | $ 40,150.73 | $ 3,928.16 |
| 5 | American Express Bank FSB | $ 9,458.27 | $ 925.35 |
| 6 | American Express Bank FSB | $ 18,613.34 | $ 1,821.04 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/JOSEPH R. VOILAND
_____
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen          Page 1 of 1          Date Rcvd: May 21, 2010
Case: 08-27199               Form ID: pdf006       Total Noticed: 25

The following entities were noticed by first class mail on May 23, 2010.
db           +William F Brodkorb,   Box 4872,   Aurora, IL 60507-4872
aty          +C David Ward,   Illini Legal Services Chartered,   2756 Route 34,   Oswego, IL 60543-8301
aty          +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
tr           +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
12692496     +American Express,   P. O. Box 297871,   Fort Lauderdale, FL 33329-7871
14072886      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12692497     +Arnstein And Zeller,   9933 Lawler Ave, Suite 518,   Skokie, IL 60077-3722
12692498     +Bank Of America,   680 Blair Mill Road,   Horsham, PA 19044-2223
12818639     +Bank of America,   NC1-001-13-01,   Attn: Chadwick Bolt,   101 N. Tryon St.,
               Charlotte, NC 28246-0100
12692494     +Brodkorb William F,   1690 Shamrock Dr,   Aurora, IL 60505-1174
12692495     +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
12692499     +Capital One,   P. O. Box 85520,   Richmond, VA 23285-5520
12692500     +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
12692501     +Citifinancial,   P. O. Box 499,   Hanover, MD 21076-0499
12692502     +Donald L. Stark,   4 N 184 Old Gary Avenue,   Hanover Park, IL 60133-9206
12692503     +Floral International,   11N795 Orchard Lane,   Elgin, IL 60124-8019
12692504     +Info Tract Incorporated,   PO Box 555,   Oswego, IL 60543-0555
12692505     +LaSalle National,   135 S. LaSalle St,   Chicago, IL 60603-4190
12692506     +Mooney & Thomas, PC,   PO Box 312,   Aurora, IL 60507-0312
12692507     +Nelson & Holmberg,   24254 W. 111th Street,   Naperville, IL 60564-8140
12692509     +Old Second National Bank,   c/o Atty. Richard M. Furgason,   1999 W. Downer Place,
               Aurora, IL 60506-4776
12692510     +The Roy Houff Company,   6200 South Park Avenue,   Chicago, IL 60637-3983
12692511     +Wells Fargo,   PO Box 348750,   Sacramento, CA 95834-8750
13962047     +Wells Fargo Bank, N.A.,   MAC S4101-08C,   100 W. Washington St.,,   Phoenix, AZ 85003-1805

The following entities were noticed by electronic transmission on May 21, 2010.
12692508     +E-mail/Text: bankrup@nicor.com                          Nicor Gas,   P. O. Box 418,
               Aurora, IL 60568-0001
                                                                                         TOTAL: 1


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12818649*    +Bank of America,   NC1-001-13-01,   Attn: Chadwick Bolt,   101 N Tryon St,
               Charlotte, NC 28246-0100
                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2010                    Signature:    _Joseph Speetjens_