# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BRODKORB, WILLIAM F                  §   Case No. 08-27199
                                            §
                                            §
                                            §
Debtor(s)                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $60,629.26 | Assets Exempt: $60,574.14 |
| Total Distribution to Claimants: $80,779.73 | Claims Discharged Without Payment: $141,275.87 |
| Total Expenses of Administration: $29,912.98 | |

3)  Total gross receipts of $ 133,264.48 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 22,571.77 (see **Exhibit 2**), yielded net receipts of $110,692.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $120,810.33 | $65,883.41 | $65,883.41 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,912.98 | 29,912.98 | 29,912.98 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 156,172.19 | 156,172.19 | 14,896.32 |
| **TOTAL DISBURSEMENTS** | $0.00 | $306,895.50 | $251,968.58 | $110,692.71 |

4)  This case was originally filed under Chapter 7 on October 10, 2008.
.  The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/02/2010            By:  /s/JOSEPH R. VOILAND
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

<br>

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| real estate - 302 N. Lake, Aurora, IL | 1110-000 | 133,250.00 |
| Interest Income | 1270-000 | 14.48 |
| **TOTAL GROSS RECEIPTS** | | $133,264.48 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Betty Brodkrob | payment of non debtor interest in 302 N Lake St. property | 8500-002 | 19,662.71 |
| Betty Brodkorb | payment of balance of non debtor's interest in real estate (302N. Lake St.) | 8500-002 | 2,909.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $22,571.77 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Old Second National Bank | 4110-000 | N/A | 54,926.92 | 0.00 | 0.00 |
| Ticor Title Insurance | 4120-000 | N/A | 1,985.10 | 1,985.10 | 1,985.10 |
| Ticor Title Insurance | 4110-000 | N/A | 63,898.31 | 63,898.31 | 63,898.31 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $120,810.33 | $65,883.41 | $65,883.41 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 6,581.67 | 6,581.67 | 6,581.67 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 716.95 | 716.95 | 716.95 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| JOSEPH R. VOILAND | 3110-000 | N/A | 4,867.50 | 4,867.50 | 4,867.50 |
| JOSEPH R. VOILAND | 3120-000 | N/A | 141.32 | 141.32 | 141.32 |
| Ticor Title Insurance | 3510-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Ticor Title Insurance | 2820-000 | N/A | 7,064.08 | 7,064.08 | 7,064.08 |
| Ticor Title Insurance | 2500-000 | N/A | 2,791.46 | 2,791.46 | 2,791.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 29,912.98 | 29,912.98 | 29,912.98 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | 7100-000 | N/A | 22,646.07 | 22,646.07 | 0.00 |
| Bank of America | 7100-000 | N/A | 17,712.87 | 17,712.87 | 0.00 |
| Arnstein And Zeller | 7100-000 | N/A | 43,641.43 | 43,641.43 | 4,270.69 |
| Wells Fargo Bank, N.A. | 7100-000 | N/A | 40,150.73 | 40,150.73 | 3,929.10 |
| American Express Bank FSB | 7100-000 | N/A | 9,458.27 | 9,458.27 | 925.57 |
| American Express Bank FSB | 7100-000 | N/A | 18,613.34 | 18,613.34 | 1,821.48 |
| Clerk of the Bankruptcy Court, Eastern Division, Illinois | 7100-900 | N/A | 3,949.48 | 3,949.48 | 3,949.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 156,172.19 | 156,172.19 | 14,896.32 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-27199

**Case Name:**   BRODKORB, WILLIAM F

**Period Ending:** 10/02/10

**Trustee:**   (330380)   JOSEPH R. VOILAND

**Filed (f) or Converted (c):** 10/10/08 (f)

**§341(a) Meeting Date:**   11/03/08

**Claims Bar Date:**   08/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate - 302 N. Lake, Aurora, IL | 265,000.00 | 212,574.70 | | 133,250.00 | FA |
| 2 | checking acct. - Bank of America | 90.50 | 0.00 | DA | 0.00 | FA |
| 3 | checking acct. - Bank of America | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking acct. - Old Second | 375.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | life insurance - ING Life | 57,138.76 | 55.12 | DA | 0.00 | FA |
| 8 | stock - Brown's Flowers, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1988 Olds Sedan | 950.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1991 Buick Stationwagon | 1,225.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 14.48 | Unknown |
| 11 | **Assets**      **Totals** (Excluding unknown values) | **$325,629.26** | **$212,629.82** | | **$133,264.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      September 15, 2009      **Current Projected Date Of Final Report (TFR):**      March 15, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-27199
**Case Name:** BRODKORB, WILLIAM F

**Taxpayer ID #:** **-***1405
**Period Ending:** 10/02/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****07-65 - Money Market Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/06/09 | {1} | Donald Wolsfelt | nonrefundable earnest money deposit | | 1110-000 | 10,000.00 | | 10,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.25 | | 10,000.25 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.42 | | 10,000.67 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.40 | | 10,001.07 |
| 10/13/09 | {1} | Colleen's Flower Baskets Inc. | closing extension payment | | 1110-000 | 750.00 | | 10,751.07 |
| 10/30/09 | | Ticor Title Insurance | proceeds from sale of 302 N. Lake St. | | | 39,261.05 | | 50,012.12 |
| | {1} | | gross sale proceeds | 122,500.00 | 1110-000 | | | 50,012.12 |
| | | | real estate broker fees | -7,500.00 | 3510-000 | | | 50,012.12 |
| | | | payment of tax lien | -1,985.10 | 4120-000 | | | 50,012.12 |
| | | | payoff of first mortgage | -63,898.31 | 4110-000 | | | 50,012.12 |
| | | | credit for real estate taxes | -7,064.08 | 2820-000 | | | 50,012.12 |
| | | | miscellaneous closing costs | -2,791.46 | 2500-000 | | | 50,012.12 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.42 | | 50,012.54 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 2.00 | | 50,014.54 |
| 12/18/09 | 1001 | Betty Brodkrob | payment of non debtor interest in 302 N Lake St. property | | 8500-002 | | 19,662.71 | 30,351.83 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 2.10 | | 30,353.93 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.57 | | 30,355.50 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.15 | | 30,356.65 |
| 03/20/10 | 1002 | Betty Brodkorb | payment of balance of non debtor's interest in real estate (302N. Lake St.) | | 8500-002 | | 2,909.06 | 27,447.59 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.35 | | 27,448.94 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.70 | | 27,449.64 |
| 04/20/10 | | Wire out to BNYM account 9200******0765 | Wire out to BNYM account 9200******0765 | | 9999-000 | -27,449.64 | | 0.00 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 22,571.77 | 22,571.77 | $0.00 |
| Less: Bank Transfers | -27,449.64 | 0.00 | |
| **Subtotal** | 50,021.41 | 22,571.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,021.41** | **$22,571.77** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-27199
**Case Name:** BRODKORB, WILLIAM F

**Taxpayer ID #:** **-***1405
**Period Ending:** 10/02/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******07-65 - Money Market Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0765 | Wire in from JPMorgan Chase Bank, N.A. account *******0765 | 9999-000 | 27,449.64 | | 27,449.64 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.57 | | 27,450.21 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.64 | | 27,451.85 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.58 | | 27,453.43 |
| 07/06/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.33 | | 27,453.76 |
| 07/06/10 | | To Account #9200******0766 | | 9999-000 | | 27,453.76 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | **27,453.76** | **27,453.76** | **$0.00** |
| Less: Bank Transfers | 27,449.64 | 27,453.76 |
| **Subtotal** | **4.12** | **0.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$4.12** | **$0.00** |

{} Asset reference(s)

Printed: 10/02/2010 08:52 AM   V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-27199
**Case Name:** BRODKORB, WILLIAM F

**Taxpayer ID #:** **-***1405
**Period Ending:** 10/02/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******07-66 - Checking Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/10 | | From Account #9200******0765 | | 9999-000 | 27,453.76 | | 27,453.76 |
| 07/06/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $6,581.67, Trustee Compensation;  Reference: | 2100-000 | | 6,581.67 | 20,872.09 |
| 07/06/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $716.95, Trustee Expenses;  Reference: | 2200-000 | | 716.95 | 20,155.14 |
| 07/06/10 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $4,867.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,867.50 | 15,287.64 |
| 07/06/10 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $141.32, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 141.32 | 15,146.32 |
| 07/06/10 | 105 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 14,896.32 |
| 07/06/10 | 106 | Bank of America | Dividend paid  9.78% on $22,646.07; Claim# 1; Final distribution Voided on 07/31/10 | 7100-000 | | 2,216.12 | 12,680.20 |
| 07/06/10 | 107 | Bank of America | Dividend paid  9.78% on $17,712.87; Claim# 2; Final distribution Voided on 07/31/10 | 7100-000 | | 1,733.36 | 10,946.84 |
| 07/06/10 | 108 | Arnstein And Zeller | Dividend paid  9.78% on $43,641.43; Claim# 3; Final distribution | 7100-000 | | 4,270.69 | 6,676.15 |
| 07/06/10 | 109 | Wells Fargo Bank, N.A. | Dividend paid  9.78% on $40,150.73; Claim# 4; Final distribution | 7100-000 | | 3,929.10 | 2,747.05 |
| 07/06/10 | 110 | American Express Bank FSB | Dividend paid  9.78% on $9,458.27; Claim# 5; Final distribution | 7100-000 | | 925.57 | 1,821.48 |
| 07/06/10 | 111 | American Express Bank FSB | Dividend paid  9.78% on $18,613.34; Claim# 6; Final distribution | 7100-000 | | 1,821.48 | 0.00 |
| 07/31/10 | 106 | Bank of America | Dividend paid  9.78% on $22,646.07; Claim# 1; Final distribution Voided: check issued on 07/06/10 | 7100-000 | | -2,216.12 | 2,216.12 |
| 07/31/10 | 107 | Bank of America | Dividend paid  9.78% on $17,712.87; Claim# 2; Final distribution Voided: check issued on 07/06/10 | 7100-000 | | -1,733.36 | 3,949.48 |
| 07/31/10 | 112 | Clerk of the Bankruptcy Court, Eastern Division, Illinois | Unclaimed funds Claims 1($2,216.12) and 2($1,733.36) | 7100-900 | | 3,949.48 | 0.00 |

Subtotals :     $27,453.76     $27,453.76

{} Asset reference(s)

Printed: 10/02/2010 08:52 AM    V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-27199 | |
| **Case Name:** BRODKORB, WILLIAM F | |
| | |
| **Taxpayer ID #:** **-***1405 | |
| **Period Ending:** 10/02/10 | |

| | |
|---|---|
| **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******07-66 - Checking Account |
| **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 27,453.76 | 27,453.76 | $0.00 |
| | | | Less: Bank Transfers | | 27,453.76 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 27,453.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $27,453.76 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****07-65** | 50,021.41 | 22,571.77 | 0.00 |
| **MMA # 9200-******07-65** | 4.12 | 0.00 | 0.00 |
| **Checking # 9200-******07-66** | 0.00 | 27,453.76 | 0.00 |
| | $50,025.53 | $50,025.53 | $0.00 |

{} Asset reference(s)

Printed: 10/02/2010 08:52 AM    V.12.08